Certificate Number: 05781-NJ-DE-039889807

Bankruptcy Case Number: 25-15790



05781-NJ-DE-039889807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2025, at 7:10 o'clock AM PDT, Peter Deluca III completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 21, 2025            By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President