Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25−15790−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. DeLuca III
   342 Roosevelt Avenue
   Lyndhurst, NJ 07071

Social Security No.:
   xxx−xx−9250

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 28, 2025.

Dated: August 28, 2025
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-15790-SLM

Peter J. DeLuca, III                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2025 | Form ID: plncf13 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. DeLuca, III, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |
| 520673042 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard St, Van Nuys, CA 91411 |
| 520673044 | | Cbna/Citibank/Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520673045 | + | Credit Coll/High Point Safety, Po Box 9134, Needham, MA 02494-9134 |
| 520673046 | + | First American Mortgage Solutions, Midland Mortgage/MidFirst Bank, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 520673047 | + | Jacqueline DeLuca, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |
| 520673048 | + | Lending Pt/Lending Tree, 1701 Barrett Lake Blvd, Kennesaw, GA 30144-4519 |
| 520673049 | + | Lyndhurst Water Department, 265 Chase Ave, Lyndhurst, NJ 07071-1905 |
| 520673052 | | Pedro Morejon, Taylor and Keyser, Attorneys At Law, 89 Haddon Avenue, Suite B2, Lyndhurst, NJ 07071 |
| 520673053 | + | Pedro Morejon, Taylor and Keyser, 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520678663 | + | Pedro Morejon, 537 Guthiel Place, Lyndhurst, NJ 07071-1917 |
| 520673054 | + | Progressive, Caine & Weiner, 15025 Oxnard St, Van Nuys, CA 91411-2639 |
| 520673055 | + | Robert W. Keyser, Esq., Taylor and Keyser, 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520673056 | + | Township of Lyndhurst, 253 Stuyvesant Ave, Lyndhurst, NJ 07071-1832 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2025 21:09:49 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 520707482 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2025 21:09:29 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520759209 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2025 21:10:17 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520673041 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 29 2025 21:02:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520673043 | + | Email/Text: bankruptcy@cavps.com | Aug 29 2025 21:05:00 | Cavalry Portfolio Serr, 4050 E Cotton Center Blv, Phoenix, AZ 85040-8862 |
| 520766955 | + | Email/Text: bankruptcy@cavps.com | Aug 29 2025 21:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520673051 | | Email/Text: ml-ebn@missionlane.com | Aug 29 2025 21:02:00 | Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: plncf13 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| 520705192 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 29 2025 21:21:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520673050 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 29 2025 21:09:08 | Midland Mortgage, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 520720890 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 29 2025 21:02:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520775779 | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2025 21:04:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520674953 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 29 2025 21:09:50 | U.S. Department of Housing and Urban Development, 26 Federal Plaza,, Suite 3541, New York, NY 10278-0068 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pedro Morejon, 537 Guthiel Place, Lyndhurst, NJ 07071-1917 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Peter J. DeLuca  III fitz2law@gmail.com, nadiafinancial@gmail.com |
| Robert W. Keyser | on behalf of Creditor Pedro Morejon rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5