Robert W. Keyser, Esquire
TAYLOR and KEYSER LLC
89 Haddon Avenue, Suite B2
Haddonfield, NJ 08033
(609) 803-2180
Attorneys for Pedro Morejon

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | : | CHAPTER 13 |
|---|---|---|
|  | : | CASE NO. 25-15790 SLM |
| Peter J. Deluca, III | : |  |

NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that the claim filed on behalf of creditor Pedro Morejon, that appears on the Claims Docket as Claim Number 2, is hereby WITHDRAWN.

Date: September 4, 2025             Taylor and Keyser LLC
                                    Attorneys for Pedro Morejon

                                    By: /s/ Robert W. Keyser
                                         Robert W. Keyser