UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq
649 Newark Avenue
JerseyCity, NJ 07306
Telepone (201) 533-1100
Email:Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Peter DeLuca

| | |
|---|---|
| Case No.: | 25-15790 |
| Chapter: | 13 |
| Hearing Date: | 10/08/2025 |
| Judge: | Stacey L Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Docket Entry No. 27 - Motion to Expunge Claims of Quantum3 Group LLC

Date: 10/02/2025

Signature

*rev.8/1/15*