Page 1

_____NF/6129
Nicholas Fitzgerald, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

**Order Filed on October 14, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey   -- Newark
----------------------------------X
In Re:
    Peter J. Deluca, III

        Debtor

----------------------------------X

Chapter 13
Case No. 25-15790-SLM

Hearing Date:  10/8/25
              10:00 a.m.

**ORDER EXPUNGING PROOF OF CLAIM NUMBER 4**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 14, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Peter J. Deluca, III
Case No. 25-15790-SLM
Caption:  ORDER EXPUNGING PROOF OF CLAIM NUMBER 4

---

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging the proof of claim number 4 filed by the NJ Turnpike Authority on the grounds that the debtor does not owe the underlying debt referenced in the claim, and the Court having heard the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim number 4 on the Claims Register filed by the New Jersey Turnpike Authority, which claim was filed on July 2, 2025, is hereby disallowed and expunged with prejudice.