**Page 1**

_____NF/6129
Nicholas Fitzgerald, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

**Order Filed on October 14, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey  -- Newark
--------------------------------X
In Re:
      Peter J. Deluca, III

      Debtor

**Chapter 13**
Case No. 25-15790-SLM

Hearing Date:  10/8/25
               10:00 a.m.

--------------------------------X

### ORDER EXPUNGING PROOF OF CLAIM NUMBER 5

      The relief set forth on the following pages, numbered two (2)
through two (2) is hereby **ORDERED**.

**DATED: October 14, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Peter J. Deluca, III
Case No. 25-15790-SLM
Caption:  ORDER EXPUNGING PROOF OF CLAIM NUMBER 5

-------------------------------------------------------------

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging the proof of claim number 5 filed by Ally Capital on the grounds that the debtor does not owe the underlying debt referenced in the claim because the debtor has paid off the debt in full, and the Court having heard the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim number 5 on the Claims Register filed by the Ally Capital, which claim was filed on July 28, 2025, is hereby disallowed and expunged with prejudice.