Page 1

_____NF/6129
Nicholas Fitzgerald, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

Order Filed on October 14, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey  -- Newark
----------------------------------X
In Re:
    Peter J. Deluca, III

            Debtor

----------------------------------X

                        Chapter 13
                 Case No. 25-15790-SLM

                 Hearing Date:  10/8/25
                              10:00 a.m.

        ORDER EXPUNGING PROOF OF CLAIM NUMBER 5

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 14, 2025**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Peter J. Deluca, III
Case No. 25-15790-SLM
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 5

---

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging the proof of claim number 5 filed by Ally Capital on the grounds that the debtor does not owe the underlying debt referenced in the claim because the debtor has paid off the debt in full, and the Court having heard the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim number 5 on the Claims Register filed by the Ally Capital, which claim was filed on July 28, 2025, is hereby disallowed and expunged with prejudice.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-15790-SLM
Peter J. DeLuca, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 15, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter J. DeLuca, III, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Peter J. DeLuca  III fitz2law@gmail.com, nadiafinancial@gmail.com |
| Robert W. Keyser | on behalf of Creditor Pedro Morejon rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Oct 15, 2025     Form ID: pdf903     Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6