| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Nicholas Fitzgerald, Esq.,/NF6129 Fitzgerald & Associates, Attorneys At Law 649 Newark Avenue Jersey City, NJ 07306 PH (201) 533-1100 Email: NickFitz.Law@gmail.com | Case No.: | 25-15790 |
| | Chapter: | 13 |
| In Re: Peter J Deluca III | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | MEISEL |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Peter J. Deluca III__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 18, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Expunging Proof of Claim Number 4

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 18, 2025__    Signature: _/s/_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other - ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. DeLuca, III<br>342 Roosevelt Avenue<br>Lyndhurst, NJ 07071 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ramon De La Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza<br>PO Box 5042<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matt Platkin, Attorney General<br>State of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter C Meroni PC<br>Attorney for EZ Pass<br>1001 Avenue of the Americas<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |