| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> Nicholas Fitzgerald, Esq.,/NF6129 <br> Fitzgerald & Associates, Attorneys At Law <br> 649 Newark Avenue <br> Jersey City, NJ 07306 <br> PH (201) 533-1100 <br> Email: NickFitz.Law@gmail.com <br><br> In Re: <br> Peter J Deluca III | Case No.: 25-15790 <br> Chapter: 13 <br> Adv. No.: <br> Hearing Date: <br> Judge: MEISEL |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Peter J. Deluca III__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __October 18, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Expunging Proof of Claim Number 5

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 18, 2025__                             _/s/ Signature_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. DeLuca, III<br>342 Roosevelt Avenue<br>Lyndhurst, NJ 07071 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Capital c/o AIS Portfolio Services<br>4515 N Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Director, Managing or General Agent<br>Ally Capital<br>200 W Civic Center Drive<br>Sandy, UT 84070-4207 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |