FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  PETER J. DELUCA, III                           Atty:  FITZGERALD & ASSOCIATES PC
     342 ROOSEVELT AVENUE                                  649 NEWARK AVE
     LYNDHURST,  NJ  07071                                 JERSEY CITY, NJ  07306

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
Chapter 13 Case # 25-15790

### RECEIPTS AS OF 01/15/2026                              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2025 | $416.00 | 981139926 | 07/02/2025 | $416.00 | 981139937 |
| 08/12/2025 | $416.00 | 983422888 | 10/15/2025 | $416.00 | 983033572 |
| 11/18/2025 | $416.00 | 55027755454 | 12/23/2025 | $416.00 | 55027768091 |

**Total Receipts: $2,496.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,496.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026           (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 137.28 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 2,358.72 | 2,191.28 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CBNA/CITIBANK/HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CREDIT COLL/HIGH POINT SAFETY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 4,637.34 | 100.00% | 0.00 | 4,637.34 |
| 0010 | MIDFIRST BANK | (NEW) Prepetition A | 8,867.44 | 100.00% | 0.00 | 8,867.44 |
| 0011 | MISSION LANE TAB BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PEDRO MOREJON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PROGRESSIVE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | CAVALRY SPV I LLC | UNSECURED | 564.64 | 100.00% | 0.00 | 564.64 |

Total Paid:  $2,496.00
See Summary

**Chapter 13 Case # 25-15790**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $2,496.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $2,496.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.