Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−15790−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter J. DeLuca III
  342 Roosevelt Avenue
  Lyndhurst, NJ 07071

Social Security No.:
  xxx−xx−9250

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/11/26 at 10:00 AM

to consider and act upon the following:

*45* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*47* − Certification in Opposition to (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Peter J. DeLuca III. (Fitzgerald, Nicholas)

Dated: 2/2/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                             Case No. 25-15790-SLM
Peter J. DeLuca, III                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                                                    Page 1 of 2
Date Rcvd: Feb 02, 2026              Form ID: ntchrgbk                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter J. DeLuca, III, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026                       Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Peter J. DeLuca  III fitz2law@gmail.com, nadiafinancial@gmail.com |
| Robert W. Keyser | on behalf of Creditor Pedro Morejon rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 02, 2026 | Form ID: ntchrgbk | Total Noticed: 1

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6