**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

PETER J. DELUCA, III

Order Filed on March 12, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-15790 SLM**

**Hearing Date:  3/11/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 12, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): PETER J. DELUCA, III

Case No.:  25-15790

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 03/11/2026 on notice to FITZGERALD &

ASSOCIATES PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $600.00 which must be received and posted by the Trustee's office no later than 4/1/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be adjourned to 4/8/2026 at 10:00 am.