**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   PETER J. DELUCA, III

Order Filed on April 10, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-15790 SLM**

**Hearing Date:  4/8/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 10, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  PETER J. DELUCA, III

Case No.:  25-15790

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 04/08/2026 on notice to FITZGERALD &

ASSOCIATES PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $618.00

   starting on 4/1/2026 for the remaining 50 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-15790-SLM

Peter J. DeLuca, III                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 13, 2026                            Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID              Recipient Name and Address**
db                        + Peter J. DeLuca, III, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Marie-Ann Greenberg
                                        magecf@magtrustee.com

Matthew K. Fissel
                                        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Nicholas Fitzgerald
                                        on behalf of Debtor Peter J. DeLuca  III fitz2law@gmail.com, nadiafinancial@gmail.com

Robert W. Keyser
                                        on behalf of Creditor Pedro Morejon rkeyser@taylorandkeyser.com

U.S. Trustee
                                        USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                                        on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com
                                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Apr 13, 2026

Form ID: pdf903

Total Noticed: 1

TOTAL: 6