Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25−15790−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. DeLuca III
   342 Roosevelt Avenue
   Lyndhurst, NJ 07071

Social Security No.:
   xxx−xx−9250

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/26 at 10:00 AM

to consider and act upon the following:

*61* − Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 06/22/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

*62* − Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 06/22/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Nicholas Fitzgerald on behalf of Peter J. DeLuca III. (Fitzgerald, Nicholas)

Dated: 6/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court