UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
MidFirst Bank

**Order Filed on September 21, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Peter J. DeLuca III
Debtor
Jacqueline DeLuca
Co-Debtor

Case No.: 25-15790 SLM

Chapter: 13

Hearing Date: 8/12/2026 @ 10am

Judge: Stacey Meisel

**ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 21, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Peter J. DeLuca II
Case No: 25-15790 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Matthew Fissel, Esq. appearing, upon a certificate of default as to real property located at 342 Roosevelt Avenue, Lyndhurst, NJ, 07071, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 10, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2026 through August 2026 as well as prior order payments for a total post-petition default of $16,379.44 (4 @ $2,355.34; 4 @ $1,554.53; 1 @ $1,554.50; less suspense $814.54); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $16,379.44 will be resolved by Debtor entering into a Loan Modification approved by Cout within 60 days of this order being entered; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the Debtor fails to obtain the Court's approval of a Loan Modification within 60 days of entry of this Order or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certificate of Default is hereby resolved.