Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−15790−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Peter J. DeLuca III
342 Roosevelt Avenue
Lyndhurst, NJ 07071

Social Security No.:
xxx−xx−9250

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/16/26 at 10:00 AM

to consider and act upon the following:

***68*** − Motion to Approve Loan Modification with Midland Mortgage Filed by Nicholas Fitzgerald on behalf of Peter J. DeLuca III. Objection deadline is 11/9/2026. (Attachments: # 1 Attorney's Certification in Support # 2 Exhibit A # 3 Exhibit B # 4 Certification of Service # 5 Proposed Order) (Fitzgerald, Nicholas)

***70*** − Limited Objection to Motion to Approve Loan Modification (related document:68 Motion to Approve Loan Modification with Midland Mortgage Filed by Nicholas Fitzgerald on behalf of Peter J. DeLuca III. Objection deadline is 11/9/2026. (Attachments: # 1 Attorney's Certification in Support # 2 Exhibit A # 3 Exhibit B # 4 Certification of Service # 5 Proposed Order) filed by Debtor Peter J. DeLuca) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/29/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court