Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−15790−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Peter J. DeLuca III
342 Roosevelt Avenue
Lyndhurst, NJ 07071

Social Security No.:
xxx−xx−9250

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 12/1/26
Time: 02:30 PM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Nicholas Fitzgerald

COMMISSION OR FEES
$4,100.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 27, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-15790-SLM
Peter J. DeLuca, III Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 137 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. DeLuca, III, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |
| 520673042 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard St, Van Nuys, CA 91411 |
| 520673044 | | Cbna/Citibank/Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520673045 | + | Credit Coll/High Point Safety, Po Box 9134, Needham, MA 02494-9134 |
| 520673046 | + | First American Mortgage Solutions, Midland Mortgage/MidFirst Bank, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 520673047 | + | Jacqueline DeLuca, 342 Roosevelt Avenue, Lyndhurst, NJ 07071-3315 |
| 520673048 | + | Lending Pt/Lending Tree, 1701 Barrett Lake Blvd, Kennesaw, GA 30144-4582 |
| 520673049 | + | Lyndhurst Water Department, 265 Chase Ave, Lyndhurst, NJ 07071-1905 |
| 520673052 | | Pedro Morejon, Taylor and Keyser, Attorneys At Law, 89 Haddon Avenue, Suite B2, Lyndhurst, NJ 07071 |
| 520673053 | + | Pedro Morejon, Taylor and Keyser, 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520678663 | + | Pedro Morejon, 537 Guthiel Place, Lyndhurst, NJ 07071-1917 |
| 520673054 | + | Progressive, Caine & Weiner, 15025 Oxnard St, Van Nuys, CA 91411-2639 |
| 520673055 | + | Robert W. Keyser, Esq., Taylor and Keyser, 89 Haddon Avenue, Suite B2, Haddonfield, NJ 08033-2473 |
| 520673056 | + | Township of Lyndhurst, 253 Stuyvesant Ave, Lyndhurst, NJ 07071-1832 |
| 520674953 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza,, Suite 3541, New York, NY 10278-0068 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 23:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 23:13:39 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2026 23:14:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, UNITED STATES 98083-0788 |
| 520707482 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 23:13:20 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520759209 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 23:13:30 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520673041 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2026 23:13:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520673043 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2026 23:14:00 | Cavalry Portfolio Serr, 4050 E Cotton Center Blv, Phoenix, AZ 85040-8862 |
| 520766955 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 27 2026 23:14:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520673051 | | Email/Text: ml-ebn@missionlane.com | Oct 27 2026 23:13:00 | Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 520705192 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2026 23:13:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520673050 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2026 23:13:38 | Midland Mortgage, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 520720890 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 27 2026 23:13:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520775779 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2026 23:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pedro Morejon, 537 Guthiel Place, Lyndhurst, NJ 07071-1917 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Nicholas Fitzgerald | on behalf of Debtor Peter J. DeLuca III fitz2law@gmail.com, nadiafinancial@gmail.com |
| Robert W. Keyser | on behalf of Creditor Pedro Morejon rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Sadino Funding LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6